EXHIBIT 1

Any update on when I should expect to see how the compensation plan will be adjusted and how will it compensate for setting me back to the beginning of the pay bracket? As I mentioned I was just nearing the next pay bracket, so interested on how this is being addressed.

Also, based on a prior conversation with Jen, I understand the performance measurements/ payplan will be changed which includes Westlake Finance business. My region was the highest producing prior to being cut 25%. Additionally Maryland is a high producing market, so when changes are made this will also negatively effect.

I'm interested in the data behind the decision to cut my region and how this benefits the growth of flooring.

Jeanine Cohen
Westlake Flooring| North East Regional Manager
Phone: 1.845.475.1054
jcohen7@wfs-flooring.com

---

**From:** Jeanine Cohen <jcohen7@wfs-flooring.com>
**Sent:** Thursday, December 31, 2020 5:33:17 PM
**To:** Jonathan Zhan <jzhan@wfs-flooring.com>
**Subject:** Fwd: Updated Regions Jan 1st 2021

Hi Jonathan,

I know that you are busy. I appreciate and thank you for your reply.

I never received any information from Jen on the six month floor that you mentioned. I look forward to seeing that as well as the data behind these decisions, if possible, like how these changes will impact the regions on performance measurements and bonus.

I absolutely understand cutting territories once the reach a certain size.

I know I brought this up last year and I wanted to shine some light on it again. When territories were initially created last year they were not evenly divided.

The way they were distributed gave certain regions the opportunity to make more money. Additionally the payplan that was approved and shared with us last year did not have the proper data and was hard coded in some areas.

Yes I'm disappointed that my territory was cut. I'm sure you can understand how that impacts moral when when taking territory from smaller regions and moving them to the larger regions who already make much more in bonus.

Last month the East already region gained some of the MidWest. Now once again they are getting more territory.

For example with this change the East Region is gaining MN, SC and Maryland. Other regions appear to either stayed the same or gained as well.

Mine was cut significantly.

Thank you again for your time and Happy New Year.

New Regions

EXHIBIT 2

Helen Dr, wappingers Falls, NY

https://b1iw.app.link/USDxgj1Km8

https://www.realtor.com/realestateandhomes-search/83-Helen-Dr_Wappingers-Falls_NY?cid=other_shares_core_srp

6:30 PM ✓✓

Its a very big accomplishment to buy a house by yourself.  I don't