14.8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
ATTORNEY(S) LAW OFFICES OF JIMMY M. SANTOS, PLLC
28 WILSON PLACE CORNWALL, NY 12518 | PH: (845) 537-7820

Index Number: 7:22-CV-07182-VB
Date Filed: 08/25/2022

JEANINE P. COHEN

Plaintiff

vs

WESTLAKE FLOORING SERVICES, INC., WEST-LAKE SERVICES, LLC D/B/A WESTLAKE FINANCIAL SERVICES, WESTLAKE FLOORING COMPANY LLC, THE HANKEY GROUP, JONATHAN ZHAN, SVP OF WESTLAKE FLOORING COMPANY, LLC, IN HIS CORPORATE AND INDIVIDUAL CAPACITIES, JENNIFER FIORE, DIRECTOR OF SALES & FIELD OPERATIONS AT WESTLAKE FLOORING COMPANY, LLC, IN HER CORPORATE AND INDIVIDUAL CAPACITIES, ETAL

Defendant

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, SS.:

**AFFIDAVIT OF SERVICE**

TAMAR RAVID, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of California.

That on 11/2/2022, at 2:50 PM at 4751 WILSHIRE BLVD. #100, LOS ANGELES, CA 90010, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS 1 & 2,** with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: JONATHAN ZHAN, SVP - C/O WESTLAKE FLOORING COMPANY, LLC, Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **MEGAN KIMURA (Co-Worker), a person of suitable age and discretion**.

Said premises is subject's **actual place of business / employment** within the state. A description of **MEGAN KIMURA** is as follows:

Sex: Female    Color of skin: Tan    Color of hair: Black    Age: 36 - 50 Yrs.
Height: 5ft4in-5ft8in    Weight: 100-130 Lbs.    Other:



RUSSELL LOZA
Notary Public - California
Los Angeles County
Commission # 2364634
My Comm. Expires Jul 7, 2025

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of CALIFORNIA in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of CALIFORNIA State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on 11/3/22

*Russell Loza*



Client's File No.:

*Tamar Ravid*
Process Server, Please Sign
TAMAR RAVID
Lic# 5967
Job #: 2240830

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE