14.8
Index Number: 7:22-CV-07182-VB
Date Filed: 08/25/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
ATTORNEY(S) LAW OFFICES OF JIMMY M. SANTOS, PLLC
28 WILSON PLACE CORNWALL, NY 12518 | PH: (845) 537-7820

JEANINE P. COHEN

Plaintiff

vs

WESTLAKE FLOORING SERVICES, INC., WEST-LAKE SERVICES, LLC D/B/A WESTLAKE FINANCIAL SERVICES, WESTLAKE FLOORING COMPANY LLC, THE HANKEY GROUP, JONATHAN ZHAN, SVP OF WESTLAKE FLOORING COMPANY, LLC, IN HIS CORPORATE AND INDIVIDUAL CAPACITIES, JENNIFER FIORE, DIRECTOR OF SALES & FIELD OPERATIONS AT WESTLAKE FLOORING COMPANY, LLC, IN HER CORPORATE AND INDIVIDUAL CAPACITIES, ETAL

Defendant

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, SS.:

**AFFIDAVIT OF SERVICE**

TAMAR RAVID, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of California.

That on **11/2/2022**, at **2:50 PM** at **4751 WILSHIRE BLVD. #100, LOS ANGELES, CA 90010**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS 1 & 2**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **THE HANKEY GROUP**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **MEGAN KIMURA (OPERATIONS SUPERVISOR)**, a person of suitable age and discretion.

Said premises is subject's **actual place of business / employment** within the state. A description of **MEGAN KIMURA** is as follows:

Sex: Female    Color of skin: Tan    Color of hair: Black    Age: 36 - 50 Yrs.
Height: 5ft4in-5ft8in    Weight: 100-130 Lbs.    Other:



RUSSELL LOZA
Notary Public - California
Los Angeles County
Commission # 2364634
My Comm. Expires Jul 7, 2025

Sworn to before me on 11/3/22

*Russell Loza*



Client's File No.:

*Tamar Ravid*
Process Server, Please Sign
TAMAR RAVID
Lic# 5967
Job #: 2240829

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE