AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| JEANINE P. COHEN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:22-cv-07182-vb |
| WESTLAKE FLOORING SERVICES INC., ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all defendants.

Date: 11/15/2022

_____
*Attorney's signature*

Craig T. Dickinson / CD 8380
*Printed name and bar number*

FordHarrison LLP
CityPlace II
185 Asylum Street, Suite 820
Hartford, CT 06103
*Address*

cdickinson@fordharrison.com
*E-mail address*

860-740-1355
*Telephone number*

860-578-2075
*FAX number*