14.8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) LAW OFFICES OF JIMMY M. SANTOS, PLLC
28 WILSON PLACE CORNWALL, NY 12518 |  PH: (845) 537-7820

Index Number: 7:22-CV-07182-VB
Date Filed: 08/25/2022

JEANINE P. COHEN

vs

Plaintiff

WESTLAKE FLOORING SERVICES, INC., WEST-LAKE SERVICES, LLC D/B/A WESTLAKE FINANCIAL SERVICES, WESTLAKE FLOORING
COMPANY LLC, THE HANKEY GROUP, JONATHAN ZHAN, SVP OF WESTLAKE FLOORING COMPANY, LLC, IN HIS CORPORATE AND INDIVIDUAL
CAPACITIES, JENNIFER FIORE, DIRECTOR OF SALES & FIELD OPERATIONS AT WESTLAKE FLOORING COMPANY, LLC, IN HER CORPORATE
AND INDIVIDUAL CAPACITIES, ETAL

Defendant

STATE OF FLORIDA, COUNTY OF VOLUSIA, SS.:

**AFFIDAVIT OF SERVICE**

PAUL STRICKLAND                    , being sworn deposes and states that, the Deponent is not a party herein, is over the age of
18 years and resides in the State of Florida.

That on **11/12/2022**, at **1:15 PM** at **140 SPRINGBERRY COURT, DAYTONA BEACH, FL 32124**, Deponent served the within **SUMMONS
IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS 1 & 2,with the index number and the filing date of the action were endorsed
upon the face of the papers so served herein. On: JENNIFER FIORE - C/O WESTLAKE FLOORING COMPANY, LLC , Defendant therein named,
( hereinafter referred to as "subject").

By delivering a true copy of each to said subject **personally**; Deponent knew the person so served to be the person described
in as said subject therein. A description of  is as follows:

**Sex**: Female      **Color of skin**: Asian American   **Color of hair**: Blonde   **Age**: 36 - 50 Yrs.
**Height**: 5ft4in-5ft8in      **Weight**: 131-160 Lbs.  **Other** :

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one
who is in the military service of the  United States or of the State of FLORIDA in any capacity whatever and received a
negative reply. The source of my information and belief are the conversations above narrated. Upon that information and
belief I assert that the recipient is not in the military service of FLORIDA State or of the United States as that term is defined
in either the State or in Federal statutes.

Sworn to before me on

November 14, 2022

_David Wheat_

Client's File No.:

Process Server, Please Sign
PAUL STRICKLAND
Lic#
Job #: 2240770

DAVID WHEAT
NOTARY
My Comm. Expires
May 31, 2025
No. HH 135972
STATE OF FLORIDA
PUBLIC

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791  LICENSE # 1371771
UNITED PROCESS SERVICE