# EXHIBIT 4

**Craig Dickinson**

| | |
|---|---|
| **From:** | Jimmy Santos <jmssesq@gmail.com> |
| **Sent:** | Tuesday, December 27, 2022 12:09 PM |
| **To:** | Craig Dickinson |
| **Subject:** | Re: Cohen v. Westlake Services, Inc. et al - Initial Settlement Demand [IWOV-WSACTIVELLP.FID2146864] |

Craig,

I hope you had a safe and Merry Christmas. Please be advised that we do not agree that the arbitration "agreement" is enforceable.

Thank you.

Best,

Jim

On Wed, Dec 14, 2022 at 11:42 AM Craig Dickinson <cdickinson@fordharrison.com> wrote:

Attorney Santos-

As a follow up to my email yesterday, attached is a signed copy of the arbitration agreement I was referring to.

Please let me know if we can address through a stipulated dismissal or if we need to file a motion to compel.



 Craig Dickinson - *Partner*

**FordHarrison LLP - Ius Laboris USA | Global HR Lawyers**

CityPlace II, 185 Asylum Street, Suite 610 | Hartford, CT 06103
cdickinson@fordharrison.com | P: 860-740-1371 | C:860-922-6919

**LTC4 Certified Legal Professional | *FHPromise* | Subscribe**

**From:** Craig Dickinson
**Sent:** Tuesday, December 13, 2022 5:44 PM
**To:** 'Jimmy Santos' <jmssesq@gmail.com>
**Subject:** RE: Cohen v. Westlake Services, Inc. et al - Initial Settlement Demand [IWOV-WSACTIVELLP.FID2146864]


Attorney Santos-

I passed your settlement demand along to my client. They are not prepared to provide a counter offer or otherwise negotiate a resolution at this time.


On another topic, are you aware that your client signed an arbitration agreement with Westlake? She did. With that in mind, will you stipulate to dismiss the matter and proceed to arbitration? Or do you insist on us filing a motion to compel?


Please advise.







Craig Dickinson - *Partner*

**FordHarrison LLP - Ius Laboris USA | Global HR Lawyers**

CityPlace II, 185 Asylum Street, Suite 610 | Hartford, CT 06103
cdickinson@fordharrison.com | P: 860-740-1371 | C:860-922-6919

**LTC4 Certified Legal Professional |** *FHPromise* **| Subscribe**


**From:** Jimmy Santos <jmssesq@gmail.com>
**Sent:** Monday, December 5, 2022 6:56 PM