UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

JEANINE P. COHEN,
        Plaintiff,　　　　　　　　Case No. 7:22 –cv-07182 (VB)

v.

WESTLAKE FLOORING　　　　　　　January 6, 2023
SERVICES, INC., et al.,
        Defendants.

### AFFIDAVIT OF MEGAN FELDMETH

I, Megan Feldmeth, hereby depose and state under oath as follows:

1. I am over eighteen years of age and believe in the obligation of an oath.

2. I have been employed by Westlake Financial Services and related entities in Human Resources related capacities since 2018. I have held the position of Director of Human Resources since February 1, 2021.

3. In connection with my job duties, I have personal knowledge of Westlake's on-boarding process for new hires.

4. As part of its on-boarding process, Westlake requires all new employees to sign a variety of forms. They include government required forms, such as I-9s and W-4s, as well as several company required acknowledgements and agreements. The company required documents include, but are not limited to a Phone and Internet Monitoring agreement, a Meal Rest Break and Time Card Policy agreement, an Employee Confidentiality Agreement, an Information Access Security Agreement, and a Notice to Employee addressing wages, Workers' Compensation, and paid sick leave, and an Employer – Employee Dispute Resolution

Agreement. All employees are expected to sign copies of these agreements at the commencement of their employment, which are maintained in their personnel files.

5. In connection with my job duties, I have access to the personnel files of Westlake employees. In connection with the preparation of this affidavit, I accessed Jeanine Cohen's Westlake personnel file.

6. Attached to Defendants Motion to Compel as Exhibit 1 are true and accurate copies of the Phone and Internet Monitoring agreement, a Meal Rest Break and Time Card Policy agreement, an Employee Confidentiality Agreement, an Information Access Security Agreement, and a Notice to Employee addressing wages, Workers' Compensation, and paid sick leave documents Jeanine Cohen signed at the commencement of her employment on or about May 4, 2015, which are maintained in her Westlake personnel file.

7. Attached to Defendants' Motion to Compel as Exhibit 2 is a true and accurate copy of the Employer – Employee Dispute Resolution Agreement Jeanine Cohen signed at the commencement of her employment on or about May 4, 2015, which are maintained in her Westlake personnel file.

_____
Megan Feldmeth

Subscribed and sworn before me this
6th day of January, 2022.

See attached CA Jurat. (2)
_____
Notary Public/Commissioner of the Superior Court

**CALIFORNIA JURAT**                                                                 **GOVERNMENT CODE § 8202**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this __6__ day of __January__, 20__23__, by

(1) _Megan Feldman_

(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _[signature]_
Signature of Notary Public

T. DOUGLAS
Notary Public - California
Los Angeles County
Commission # 2360010
My Comm. Expires Jun 4, 2025

Place Notary Seal and/or Stamp Above

―――――――――― OPTIONAL ――――――――――

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _Affidavit of Megan Feldman_

Document Date: _January 6, 2023_     Number of Pages: _2_

Signer(s) Other Than Named Above: _NA_

©2019 National Notary Association