UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JEANINE P. COHEN,                                         :

      Plaintiff,                                                    :

  -  against –                                                   :      **DECLARATION OF**
                                                         **JIMMY M. SANTOS**

WESTLAKE FLOORING SERVICES, INC., WEST-        :
LAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL         Civil Case No.
SERVICES, WESTLAKE FLOORING COMPANY LLC,    :
THE HANKEY GROUP, JONATHAN ZHAN, SVP OF             22-CV-07182 (VB)
Westlake Flooring Company, LLC, in his corporate and       :
individual capacities, JENNIFER FIORE, Director of Sales
& Field Operations at Westlake Flooring Company, LLC, in:
her corporate and individual capacities, MEGAN FELD-
METH, Human Resources Director for Westlake Financial  :
Services, in her individual and corporate capacities, and
JOHN DOES 1 through 10, in their individual and corporate:
capacities,
                                                                                     :
      Defendants.
------------------------------------------------------------------------X

    JIMMY M. SANTOS, hereby declares under the pains and penalties of perjury:

1. I represent Plaintiff Ms. Jeanine P. Cohen in the above-referenced action.

2. I submit this declaration in opposition, in part, to defendants' motion to compel arbitration in this matter.

3. Attached hereto as exhibit A is a true and accurate copy of Plaintiff's Complaint with annexed exhibits.

4. Attached hereto as exhibit B is a true and accurate copy of the Arbitration Agreement at issue.

5. Attached hereto as exhibit C is a true and accurate copy of the parties stipulation dated February 8, 2023.

1

Based on the foregoing, the attached exhibits, and Plaintiff's Memorandum of Law In Opposition, In Part, to the Motion, and on behalf of the Plaintiff, I ask that the Court sever the two provisions from the Arbitration Agreement as set forth on Plaintiff's Memo.

Dated: February 10, 2023
Cornwall, New York

                                                                    */S/ Jimmy M. Santos*
                                                                  Jimmy M. Santos, Esq.