SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
JEANINE P. COHEN,                                                     :

      Plaintiff,                           :

- against –                                                           :       **STIPULATION AS TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

WESTLAKE FLOORING SERVICES, INC., WEST-        :       Civil Case No.
LAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL
SERVICES, WESTLAKE FLOORING COMPANY LLC,   :
THE HANKEY GROUP, JONATHAN ZHAN, SVP OF         22-CV-07182-VB
Westlake Flooring Company, LLC, in his corporate and  :
individual capacities, JENNIFER FIORE, Director of Sales
& Field Operations at Westlake Flooring Company, LLC, in:
her corporate and individual capacities, MEGAN FELD-
METH, Human Resources Director for Westlake Financial :
Services, in her individual and corporate capacities, and
JOHN DOES 1 through 10, in their individual and corporate:
capacities,
                                                                      :
      Defendants.
----------------------------------------------------------------------X

      WHEREAS, defendants filed a motion to dismiss or stay the action (the "Motion") on January 6, 2023 requesting the Court compel plaintiff's case to arbitration;

      WHEREAS, plaintiff's opposition to the Motion is to be filed/ served on Friday, February 10, 2023;

      WHEREAS, counsel for the parties have engaged in good faith efforts to narrow the issues remaining with respect to the Motion;

      IT IS HEREBY AGREED TO AND STIPULATED BETWEEN THE PARTIES, THROUGH THEIR COUNSEL, THE UNDERSIGNED, BELOW THAT:

      1. This action be stayed while the parties arbitrate this matter;

      2. Both plaintiff and defendants will decide in the selection of an arbitrator; *and*

3. The arbitrator will be selected from either the American Arbitration Association ("AAA") or JAMS ADR SERVICES ("JAMS"); provided that the arbitration will take place in either Orange, Westchester, Putnam, Dutchess or New York County and/or any other mutually convenient forum.

Date: February 8, 2023
Cornwall, New York

| | |
|---|---|
| LAW OFFICES OF JIMMY M. SANTOS, PLLC<br>*Attorney for Plaintiff* | FORD HARRISON, LLP<br>*Attorneys for Defendants*<br>*Westlake Flooring Services, Inc., et al.,* |
| By: _S/ Jimmy M. Santos___<br>Jimmy M. Santos, Esq.<br>28 Wilson Place<br>Cornwall, New York 12518<br>Phone: (845) 537-7820<br>Email: jmssesq@gmail.com | By:__/S/ Craig Dickinson_____<br>Craig Dickinson<br>185 Asylum St, Suite 820<br>Hartford, Connecticut 06103<br>Telephone: 860-740-1371<br>Email: cdickinson@fordharrison.com |

## CERTIFICATE OF SERVICE

      This is to certify that on this 8th day of February, 2023, a copy of the foregoing was served electronically to:

>FORD HARRISON, LLP
>*Attorneys for Defendants*
>*Westlake Flooring Services, Inc., et al*
>Craig Dickinson, Esq.
>185 Asylum St, Suite 820
>Hartford, Connecticut 06103
>Telephone: 860-740-1371
>Email: cdickinson@fordharrison.com