UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

JEANINE P. COHEN

                 Plaintiff,

Case No. 7:22-cv-07182-VB

    -against-

WESTLAKE FLOORING SERVICES, INC., ET AL.

                 Defendant.

------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**CRIAG T. DICKINSON**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CD8380    My State Bar Number is: 409350

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: FordHarrison LLP
                         FIRM ADDRESS: 185 Asylum Street, Suite 820, Hartford, CT 06103
                         FIRM TELEPHONE NUMBER: 860-740-1355
                         FIRM FAX NUMBER: 860-578-2075

NEW FIRM:    FIRM NAME: Littler Mendelson, P.C.
                         FIRM ADDRESS: 265 Church Street, Suite 300, New Haven, CT 06510
                         FIRM TELEPHONE NUMBER: 203-974-8700
                         FIRM FAX NUMBER: 203-974-8799

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 9/20/2023

                                                            *Craig T. Dickinson*
                                                            ATTORNEY'S SIGNATURE